**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| BRAND ENERGY SERVICES, LLC, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA AND BROADSPIRE, | : No. 565 EAL 2017 |
| Petitioners | : Petition for Allowance of Appeal from : the Order of the Commonwealth Court |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (ARNAO), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.